AO 91 (Rev. 5/85) Criminal Complaint                AUSA POWELL  SA GILLIS (USDS)

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANDREA OLIVER
A/K/A Christine Oliver

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**CASE NUMBER:** 00-4136-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 25, 2000 in Broward county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense)

~~Please See Attached~~ Affidavit

in violation of Title 18 United States Code, Section(s) ~~1542~~, 911 and ~~1621~~

I further state that I am a(n) Special Agent U. S. Dept. of State (Official Title) and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached and made a part hereof: [X] Yes [ ] No

Signature of Complainant
CHRISTOPHER J. GILLIS, SPECIAL AGENT
Diplomatic Security Service, US Dept. of State

Sworn to before me, and subscribed in my presence,

June 13, 2000 at Ft. Lauderdale, FL

Date                City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

**AFFIDAVIT**

I, Christopher J. Gillis, being duly sworn, hereby depose and say that:

1. I am a Special Agent with the Diplomatic Security Service, United States Department of State, and have been so employed for 13 months. I have been trained in the conduct of passport fraud investigations. Previously, I have worked in the Commonwealth of Virginia as a Law-Enforcement Officer for 13 years investigating criminal activity. My duties included investigating the use of fraudulent identification cards by underage persons and narcotic traffickers. I make this affidavit based upon my own knowledge and upon information and documents provided to me in my official capacity. Since this document is made for a limited purpose, I have not included all investigative material concerning this investigation.

2. I have been assigned to investigate a complaint of false application for United States Passport in violation of Title 18, United States Code, Section 1542. Andrea Oliver, a/k/a "Christine Oliver," submitted an application for a U.S. Passport at the Clerk of Court, Ft Lauderdale Florida, Broward County on May 25, 2000, along with a Virgin Island birth certificate as proof of U.S. citizenship, file number 342-1974. As proof of identity, Oliver presented a U.S. Virgin Island drivers license (#T580290927). Subsequently, this Affiant was advised by the Office of Passport Services of the Services of the U.S. Department of State (Fraud Prevention Unit), Miami Florida, that the birth certificate submitted by Oliver was not valid.

3. A verification of birth was made with the Department of Health and Vital Statistics, U.S. Virgin Island. The verification indicated there was no record of birth in the U.S. Virgin Island for a Andrea Oliver, a/k/a "Christine Oliver,"on October 29, 1974.

4. The Social Security Number that Oliver uses on the DSP-11 (application for U.S.

Passport) belongs to an individual known as Marino Leclerc who resides in Brooklyn, N.Y, Oliver indicated upon her arrest, that she has no valid social security number. AFTER BEING ARRESTED AND MIRANDIZED OLIVER STATED SHE WAS FROM JAMAICA AND NOT A CITIZEN OF THE UNITED STATES. CJG

5. In view of the foregoing, I submit there is cause to believe that on May 25, 2000, in Ft. Lauderdale, Broward County in the Southern District of Florida, Andrea Oliver, a/k/a "Christine Oliver," did willfully and knowingly make a false statement in an application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542 and did falsely represent herself to be a United States citizen, a violation of Title 18, United States Code, Section 911. Oliver stated under oath to a written declaration that the information given in the application for a U.S. passport was true, when in fact and truth she was not Christine Oliver, in violation of Title 18, United States Code Section 1621.

Further Affiant Sayeth Naught.

Christopher J. Gillis
Special Agent
U.S. Department of State

Sworn to and subscribed before me
This 13th day of June, 2000.

Barry S. Seltzer
United States Magistrate Judge
Southern District of Florida