# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Andrea Angeline Oliver(J)# | CASE NO: | 00-4136-BSS |
| AUSA: | Duty: Bruce Brown | ATTNY: | Darryl Wilcox |
| AGENT: | | VIOL: | Passport fraud, perjury |
| PROCEEDING: | Initial Appearance | BOND REC: | $100,000 Corp Surety w/ nebbia |

BOND HEARING HELD ✓ yes/no    COUNSEL APPOINTED: ___

BOND SET @ $100,000 PSB + $30,000 - 10% cash

CO-SIGNATURES: Aunt, Miss Plummer

FILED by _____ D.C.
JUN 13 2000

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed. — must surr passport before release
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed - or ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: everyday 10pm → 6am
11) Travel extended to: Broward County
12) Halfway House / Electronic Monitoring at def expense

Reside at current address. No illegal drugs or excessive alcohol.

- Advised of charges
- Custom form signed
- Sworn
- Dawn Scott - Aunt sworn

* Waiver of extradition to be signed before release

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-23-00 | 11:00 am | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 6-13-00    TIME: 11:00am    TAPE # 00-049 PG # 667--