UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
MAGISTRATE CASE NO. 00-4136-SELTZER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

ANDREA OLIVIER    :

    Defendant.    :
_____/

## WAIVER OF EXTRADITION

The Defendant, ANDREA OLIVER, having appeared before United States Magistrate Judge Barry S. Seltzer of the Southern District of Florida pursuant to a criminal complaint alleging false and willful representation of United States citizenship in violation of 18 U.S.C. § 911, and the Court having set conditions of bond, hereby waives any challenge to extradition should she be found outside the jurisdiction of the Southern District of Florida prior to the conclusion of this case.

                                                  _____    6/13/00
                                                  ANDREA OLIVER     DATE