UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55334-004

UNITED STATES OF AMERICA )
          Plaintiff )  Case Number: CR_____
                          )  REPORT COMMENCING CRIMINAL
   -vs-               )           ACTION    FILED by ___ D.C.

ANDREA A. OLIVER
          Defendant                                     JUN 1 4 2000

*****************************************************************

TO: Clerk's Office     MIAMI     FT. LAUDERDALE     W. PALM
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

*****************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/13      0500 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 1542, 911, 1621

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 10 29 74

(6) Type of Charging Document: (check one)
    [ ] Indictment   [X] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: STATE DEPT     (11) Phone: _____

(12) Comments: _____