UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-4136-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREA OLIVER,

    Defendant.



_____/

## DEFENDANT'S MOTION TO REDUCE BOND
## AND FOR NEW BOND HEARING

COMES NOW the defendant, by and through his undersigned attorney, and files her Motion To Reduce Bond, and states as follows:

1. The defendant is charged by indictment with making a false statement in a passport application, falsely representing herself to be a United States Citizen, and perjury.

2. On June 13, 2000, the defendant had her initial appearance, and this court set bond in the amount of $100,000 personal surety and $30,000 10% bond. The defendant's family has been unable to come up with the full amount of the funds necessary to post the 10% portion of the bond.

3. As the defendant's family can come up with a portion of the bond, and in light of certain facts which may not have been brought to the court's attention, the defendant respectfully



requests that the Court reset this matter for a bond hearing and that the court reduce the defendant's bond to an amount that will allow her to secure her release.

4. The undersigned has discussed this motion with AUSA Roger Powell who has advised that the Government has no objection to this court setting this case for an additional hearing regarding bond.

WHEREFORE the defendant prays that the Court grant this motion, set this matter for a bond hearing as soon as possible, and then reduce the defendant's bond.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 15th day of June, 2000, to Roger Powell, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill