RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6165-CR-DIMITROULEA

18 USC 1542
18 USC 911
18 USC 1621

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

v.

ANDREA ANGELINE OLIVER,
    a/k/a " Christine Oliver,"

            Defendant.
_____/



### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about May 25, 2000, at Broward County, in the Southern District of Florida, the defendant,

ANDREA ANGELINE OLIVER,
a/k/a " Christine Oliver,"

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the



issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that she was Christine Oliver and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, she was not Christine Oliver and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

### COUNT II

On or about May 25, 2000, at Broward County, in the Southern District of Florida, the defendant,

ANDREA ANGELINE OLIVER,
a/k/a " Christine Oliver,"

an alien, did knowingly and willfully falsely represent herself to be a citizen of the United States, in that she presented the birth certificate of a Christine Oliver, born in the U.S. Virgin Islands, claiming this to be her own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

### COUNT III

On or about May 25, 2000, at Broward County, in the Southern District of Florida, the defendant,

ANDREA ANGELINE OLIVER,
a/k/a " Christine Oliver,"

having duly taken an oath, before Lisa Pinkney, a competent

passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations she had made on her application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matter which she then and there did not believe to be true, in that she stated under oath as aforesaid that she was Christine Oliver and was born in the U.S. Virgin Islands, when in truth and in fact and as the defendant then and there well knew, she was not Christine Oliver and was not born in the U.S. Virgin Islands; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

_Leonard Roth_
FOREPERSON

_Allen Morris for_
GUY A. LEWIS
UNITED STATES ATTORNEY

_Roger W. Powell_
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:** ANDREA ANGELINE OLIVER      **Case No.**

Count #: **1**

**False Statement in Application for U.S. Passport**

**18 U.S.C. §1542**

*****Max. Penalty: 10 years' Imprisonment; and $250,000 fine.**

==========================================================

Count #: **2**

**False Claim to U.S. Citizenship**

**Title 18, United States Code, Section 911**

*****Max. Penalty: 3 years' Imprisonment; and $250,000 fine**

==========================================================

Count #: **3**

**Perjury**

**Title 18, United States Code, Section 1621**

*****Max. Penalty: 5 years' Imprisonment; and $250,000 fine**

==========================================================

Count #:



*****Max. Penalty:**
==========================================================

Count #:



*****Max. Penalty:**
==========================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

<u>ANDREA ANGELINE OLIVER</u>      **Superseding Case Information**:

**Court Division:** (Select One)   New Defendant(s)      Yes ___    No ___
                                    Number of New Defendants    ___
___ Miami   ___ Key West           Total number of counts      ___
_X_ FTL     ___ WPB ___ FTP

   I do hereby certify that:

   1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

   2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

   3. Interpreter:     (Yes or No) <u>NO</u>
      List language and/or dialect _____

   4. This case will take _2_ days for the parties to try.

   5. Please check appropriate category and type of offense listed below:
      (Check only one)                          (Check only one)

      I    0 to 5 days      _X_         Petty        ___
      II   6 to 10 days     ___         Minor        ___
      III  11 to 20 days    ___         Misdem.      ___
      IV   21 to 60 days    ___         Felony       _X_
      V    61 days and over ___

   6. Has this case been previously filed in this District Court? (Yes or No) <u>NO</u>
      If yes:
      Judge: _____  Case No. _____
      (Attach copy of dispositive order)

      Has a complaint been filed in this matter?(Yes or No) <u>YES</u>
      If yes:
      Magistrate Case No. <u>00-4136-BSS</u>
      Related Miscellaneous numbers:_____
      Defendant(s) in federal custody as of <u>6/13/00</u>
      Defendant(s) in state custody as of _____
      Rule 20 from the _____  District of _____

      Is this a potential death penalty case? (Yes or No) ____ NO ____

   7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

                                    _Roger W. Powell_
                                    ROGER W. POWELL
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 341411

*Penalty Sheet(s) attached                                    REV.4/7/99