## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6165-CR-WPD   DATE: June 16, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. _Helen Milner_

U.S. ATTORNEY: _Hope Rowell_   DEFT. COUNSEL: _Marty Bidwill_

REASON FOR HEARING: _Arraignment & Change of Plea_

RESULT OF HEARING: _Deft sworn and questioned by the Court. Court reads indictment to deft. Plea reviewed. Deft to plead Guilty to Count 1. Gov't agrees to dismiss Counts 2 & 3 @ time of Sentencing. Restitution issue — $100,000 PSB to be co-signed by Clmt. (run conc)_

JUDGMENT: _____

CASE CONTINUED TO: 8/25/00   TIME: 8:45   FOR: Sentencing

MISC: _Written Plea Agreement filed_

8/1