**CRIMINAL MINUTES**

FILED by _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00 - 6165 - CR-WPD    DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Andrea Oliver

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Martin Bidwill

REASON FOR HEARING: Sentencing

RESULT OF HEARING: 3 years Probation, No Fine
$100 Special Assessment.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal