AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **ANDREA OLIVER** | Case Number: **0:00CR06165-001** |
| | Martin Bidwill, AFPD, Roger Powell, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **1**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | False Statement in Application for a Passport | 05/25/2000 | 1 |

FILED by _____ D.C.

AUG 28 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **2,3** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **10/29/1974**
Defendant's USM No.: **55334-004**
Defendant's Residence Address:

**6600 NW 26th Street**

**Sunrise                FL**

Defendant's Mailing Address:

**6600 NW 26th Street**

**Sunrise                FL**

**08/25/2000**
Date of Imposition of Judgment

_signature_

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

August 28, 2000
Date

No further action required by
the U.S. Marshals Service.

James H. Tassie
UNITED STATES MARSHAL

Ed Purchase SDUSM